**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 11, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Ward v. Unifund CCR Partners**

**Case Number:   1:06-cv-00415-SRW**

**This Notice of Correction was filed in the referenced case this date to add Exhibit A to Docket Entry 1  previously attached.**

**The additional Exhibit A  PDF document is attached to this notice for your review.   Reference is made to document # 1   filed on    May 9, 2006.**