**EXHIBIT A**

Case 1:06-cv-00415-SRW   Document 2-2   Filed 05/11/2006   Page 1 of 2

# STATEMENT OF CLAIM
## In The SMALL CLAIMS COURT of HOUSTON, Alabama

| | | | |
|---|---|---|---|
| Plaintiff Address | Unifund CCR Partners<br>10625 Techwoods Circle<br>Cincinnati, OH 45242 | Defendant Address | Shatanya S Ward<br>100 Mikado Dr<br>Dothan, Alabama 36303 |
| Attorney | Zarzaur & Schwartz, PC<br>Post Office Box 11366<br>Birmingham, AL 35202<br>205/250-8437 | Additional Defendant Address | |
| | | Additional Defendant Address | |

**NOTICE TO EACH DEFENDANT**
**READ CAREFULLY**

YOU ARE BEING SUED IN THE ABOVE COURT BY THE PLAINTIFF(S) SHOWN ABOVE. THE JUDGE HAS NOT YET MADE ANY DECISION IN THIS CASE, AND YOU HAVE THE RIGHT TO A TRIAL TO TELL YOUR SIDE.
HOWEVER, IF YOU, OR YOUR LAWYER, FAIL TO ANSWER THIS COMPLAINT WITHIN FOURTEEN (14) DAYS AFTER YOU RECEIVE THESE PAPERS, A JUDGMENT CAN BE TAKEN AGAINST YOU. ONCE A JUDGMENT HAS BEEN ENTERED AGAINST YOU, YOUR PAYCHECK CAN BE GARNISHED AND/OR YOUR HOME OR PROPERTY SOLD TO SATISFY THAT JUDGMENT

## COMPLAINT
### COUNT I

I. I claim that the defendant Shatanya S Ward owes the plaintiff the sum of $1,838.65 because: VERIFIED ACCOUNT STATED, plus 6.000 % for interest plus $    for lawyer's fees (only if plaintiff is represented by a licensed practicing attorney and if the contract you signed so provides), less remittitur for any payments made and with waiver of exemptions, if the contract you signed so provides.  TOTAL  $ 1,838.65 + INT

### COUNT II

II. I claim that the defendant     owes the plaintiff the sum of $     because:   , plus $     for interest plus $ for lawyer's fees (only if plaintiff is represented by a licensed practicing attorney and if the contract you signed so provides), less remittitur for any payments made and with waiver of exemptions, if the contract you signed so provides.

VERIFICATION OF THE DEBT, THE NAME AND ADDRESS OF YOUR ORIGINAL CREDITOR, IF DIFFERENT FROM ABOVE, WILL BE PROVIDED TO YOU IN WRITING IF REQUESTED. THE DEBT WILL OTHERWISE BE CONSIDERED VALID. THE DEBT COLLECTOR IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Plaintiff also claims from each defendant court costs in the sum of $ 111.00. NOTE: the total amount of court costs may be more than this amount when the case is finally settled. The clerk will inform you of any additional costs at the close of the case.

BY: JUDY BYRD, CLERK HOUSTON CO., A  Plaintiff of Attorney (signature)
Wendy Z. Johnston (ZAR004)

OCT 03 2005

| Clerk | | |
|---|---|---|
| CLERK ADDRESS: | Small Claims Court of HOUSTON County<br>Houston County Courthouse<br>Houston County Courthouse<br>Post Office Drawer 6406<br>Dothan, AL 36302 | PHONE NO.   205/250-5405 |