IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

SHATANYA S. WARD,    )
                     )
    Plaintiff(s),    )
                     )    CIVIL ACTION NO. 1:06 cv 415-SRW
v.                   )
                     )
UNIFUND CCR PARTNERS,)
                     )
    Defendant(s).    )

RECEIVED
2006 AUG 14 A 9:41

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

8-11-06
Date

(signature)
Signature

UNIFUND CCR PARTNERS
Counsel For (**print** name of all parties)

1819 5th Ave N, Birmingham, AL 35203
Address, City, State Zip Code

(205) 521-8556
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101