IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 AUG 14  A 9:42

Shatanya S. Ward,
_____,       )
         Plaintiff(s),           )
                                 )
                                 )        CIVIL ACTION NO. 1:06cv415-SRW
         v.                      )
                                 )
Unifund CCR Partners,            )
_____,        )
         Defendant(s).           )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

8/10/06
_____     _____
Date                            Signature

Shatanya S. Ward, Plaintiff
_____
Counsel For (print name of all parties)

P.O. Box 311167, Enterprise, AL 36331
_____
Address, City, State Zip Code

(334) 671-5555
_____
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101