IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

| | |
|---|---|
| SHATANYA S. WARD, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO: 1:06-415-SRW |
| | ) |
| UNIFUND CCR PARTNERS, | ) **JURY DEMAND** |
| | ) |
| DEFENDANT. | ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned is co-counsel for Plaintiff, Shatanya S. Ward, and respectfully requests that his name be added to the mailing matrix and that all notices, electronic and otherwise, given or required to be given in this case be served upon the undersigned at the address below.

BROCK & STOUT

*/s/ Gary W. Stout*
Gary W. Stout, Esq.
David G. Poston, Esq.
Michael D. Brock, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email brockandstout@yahoo.com

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have this date served a copy of the foregoing Notice of Appearance upon the Clerk of Court, Christopher L. Hawkins, Esq., and Jay R. Bender, Esq., Attorneys for Defendant, BRADLEY, ARANT, ROSE & WHITE, LLP, via electronic mail this **11th** day of September, 2006.

                                                                      */s/ Gary W. Stout*
                                                                      Gary W. Stout, Esq.