IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHATANYA WARD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNIFUND CCR PARTNERS, | )    CASE NO.: 1:06cv415-SRW |
| | ) |
|     Defendant. | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE

COMES NOW Robert E. Poundstone IV and respectfully enters his Notice of Appearance as additional counsel of record on behalf of Defendant, Unifund CCR Partners in the above-styled cause.

Respectfully submitted this the 7th day of November, 2006.

                                                     /s/ Robert E. Poundstone IV
                                                        Robert E. Poundstone IV

**BRADLEY ARANT ROSE & WHITE LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
Telephone: (334) 956-7700
Facsimile:  (334) 956-7701

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies this 7th day of November, 2006, that a copy of the foregoing was delivered via ECF electronic filing or via United States Mail, postage prepaid, to the following:

> David G. Poston, Esq.
> Brock & Stout
> Post Office Drawer 311167
> Enterprise, Alabama 36331

/s/ Robert E. Poundstone IV
Robert E. Poundstone IV

1/1508389.1