IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHATANYA WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNIFUND CCR PARTNERS, | ) CASE NO.: 1:06cv415-WKW |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff **Shatanya Ward** and Defendant **Unifund CCR Partners**, the only parties to this proceeding, file this stipulation of dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The parties stipulate to a dismissal of <u>each and every</u> claim and/or matter currently pending in this proceeding, <u>with prejudice</u>.

Respectfully submitted this the **9th** day of April, 2007.

_s/ Robert E. Poundstone IV_
Robert E. Poundstone IV (POU006)
**BRADLEY ARANT ROSE & WHITE, LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

**Attorney for Defendant Unifund CCR Partners**

_s/ David G. Poston_
David G. Poston, Esq.
Brock & Stout
Post Office Drawer 311167
Enterprise, Alabama 36331

**Attorney for Plaintiff Shatanya Ward**